UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

AUG 20 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:12mj240 |
|---|---|---|
| | ) | |
| v. | ) | **ORDER SEALING** |
| | ) | **CRIMINAL COMPLAINT** |
| **CATHY CISNEROS** | ) | |

UPON MOTION of the United States of America, by and through Anne Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Criminal Complaint, Affidavit, and Arrest Warrant be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Criminal Complaint, Affidavit, and Arrest Warrant be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 20th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
DAVID C. KEESLER